IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 14-cv-00599-MSK-MEH

MAYAR FUND LTD, derivatively on behalf of The Western Union Company,

    Plaintiff,

v.

HIKMET ERSEK,
SCOTT T. SCHEIRMAN,
JACK M. GREENBERG,
DINYAR S. DEVITRE,
RICHARD A. GOODMAN,
BETSY D. HOLDEN,
LINDA FAYNE LEVINSON,
ROBERTO G. MENDOZA,
MICHAEL A. MILES, JR.,
WULF VON SCHIMMELMANN,
SOLOMON D. TRUJILLO, and
THE WESTERN UNION COMPANY, nominal defendant,

    Defendants.

## MINUTE ORDER

**Entered by Michael E. Hegarty, United States Magistrate Judge, on May 19, 2014.**

    The Defendants' Unopposed Motion to Vacate the June 17, 2014 Scheduling Conference and Associated Deadlines [filed May 19, 2014; docket # 22] is **granted**. The Scheduling Conference set for June 17, 2014 in this case is **vacated**.